# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| AMELIA A. SAGAN,<br><br>    Plaintiff,<br><br>vs.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,<br><br>    Defendant. | Case No. 2:19-cv-01006-MJP<br><br>**ORDER GRANTING STIPULATED JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT** |

Plaintiff Amelia A. Sagan ("Plaintiff") and Defendant Liberty Life Assurance Company of Boston ("Liberty") have filed their Stipulated Joint Motion for a 30-day extension, up through and including August 30, 2019, for Liberty to answer or otherwise respond to Plaintiff's Complaint for ERISA Benefits ("Complaint").

IT IS HEREBY ORDERED that Liberty shall answer or otherwise respond to Plaintiff's Complaint no later than August 30, 2019.

DATED: August 1, 2019

_Marsha J. Pechman_
Marsha J. Pechman
United States Senior District Judge

Presented By:

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: *s/ Russell S. Buhite*
    Russell S. Buhite, WSBA #41257
    1201 Third Avenue, Suite 5150
    Seattle, WA 98101
    Telephone: (206) 693-7057
    Facsimile: (206) 693-7058
    Email: Russell.Buhite@ogletree.com

    *Attorneys for Defendant*


Approved as to Form; Presentation Waived

PLAINTIFF LITIGATION GROUP, PLLC

By: *s/ McKean J. Evans*
    McKean J. Evans, WSBA #52750
    95 South Jackson Street, Suite 100
    Seattle, WA 98104
    Telephone: (206) 203-9100
    Facsimile: (206) 785-1702
    Email: mevans@plaintifflit.com

    *Attorneys for Plaintiff*